| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF LAKE | ) | CAUSE NO. 45D10-1905-CB-000852 |

BRADLEY A. STEPHENS
vs.
AFZAL J. MALIK,
PRIME HEALTH CARE SERVICES, INC.,
REHANA Y. MALIK,
AHMED RAAD MALIK,
SARWAT YASMIN MALIK,
MOHAMMED HUZAIFA MALIK,
THE UNITED STATES OF AMERICA,
STATE OF INDIANA – DEPARTMENT OF REVENUE,

## SUMMONS

TO:  **Ahmed Raad Malik**
**2636 West 81st Avenue**
**Merrillville, IN 46410**

You are hereby notified that you have been sued by the person named as Plaintiff in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, or twenty-three (23) days if this Summons was received by mail, or a judgment by default may be rendered against you for relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 5/20/2020

*Lorenzo Arredondo*
Clerk of the Lake Superior Court
KP

[SEAL – LAKE COUNTY COURTS – INDIANA]

**Travis W. Cohron, #29562-30**
**CLARK QUINN MOSES SCOTT & GRAHN, LLP**
**320 N. MERIDIAN ST. SUITE 1100**
**INDIANAPOLIS, IN46204**
**T: 317-637-1321**
**F: 317-687-2344**
tcohron@clarkquinnlaw.com

The following manner of service of summons is hereby designated:

__X__   **Certified Mail/Return Receipt Requested.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| BRADLEY A. STEPHENS,<br>*Plaintiff,*<br><br>v.<br><br>AFZAL J. MALIK, et al.,<br>PRIME HEALTH CARE SERVICES, INC.,<br>REHANA Y. MALIK, AHMED RAAD MALIK,<br>SARWAT YASMIN MALIK, MOHAMMED<br>HUZAIFA MALIK, THE UNITED STATES<br>OF AMERICA, and STATE OF INDIANA –<br>DEPARTMENT OF REVENUE,<br>*Defendants.* | ) <br> ) <br> ) <br> ) Case No. 2:20-cv-189-TLS-JEM<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PROOF OF SERVICE AFFIDAVIT

Comes now Ashley A. Denny, an adult of sound mind over the age of eighteen (18) years, and swears and affirms as follows:

1. That she did mail the Summons and Complaint to Defendant, Ahmed Raad Malik via certified mail, return receipt requested, on or about June 5, 2020.

2. That the Summons and Complaint were addressed to Ahmed Raad Malik 2636 West 81st Avenue Merrillville, IN 46410.

3. That per the Return Receipt, the Summons and Complaint were delivered and signed for on June 8, 2020. A true and accurate copy of the Return Receipt is attached hereto as Exhibit "A".

4. That the signed Return Receipt was returned thereafter June 8, 2020.

FURTHER AFFIANT SAYETH NOT.

*/s/ Ashley A. Denny*
Ashley A. Denny



Exhibit A

USPS TRACKING #

9590 9402 5370 9189 5781 32

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Clark, Quinn, Moses, Scott & Grahn, LLP
320 North Meridian Street, Suite 1100
Indianapolis, In 46204

TWC/AAD              Malik

**Exhibit A**