UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRADLEY A. STEPHENS, <br><br> Plaintiff, <br><br> v. <br><br> AFZAL J. MALIK, et al., <br><br> Defendants. | CAUSE NO.: 2:20-CV-189-TLS-JEM |

## ORDER

This matter is before the Court on the Stipulation of Dismissal with Prejudice [ECF No. 23], filed on November 6, 2020, filed by Defendant Afzal J. Malik.

The Stipulation is signed by counsel for the Plaintiff and for Defendants Afzal J. Malik and Prime Health Care. The Stipulation asks the Court to enter a Stipulated Order[1] agreed to by the Parties in settlement of all claims and causes of action relating to this litigation.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff in an action may dismiss that action by filing a stipulation of dismissal signed by all parties who have appeared. The Stipulation in question is not signed by the United States of America, a party who has appeared. However, under Rule 41(a)(1)(A)(i), the Plaintiff can dismiss this action by filing a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As none of the Defendants have filed an answer or motion for summary judgment in this action and the Plaintiff's counsel has signed the Stipulation moving the Court to dismiss this action, the Court construes the Stipulation as a notice of dismissal by the Plaintiff pursuant to

---

[1] The Stipulation also mentions that a proposed stipulated order is being submitted concurrently; however, the Court did not receive a proposed order.

Rule 41(a)(1)(A)(i). As "with prejudice" is part of the Stipulation, the dismissal is as well. *See* Fed. R. Civ. P. 41(a)(1)(B).

Thus, this matter is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(i) as a result of the Stipulation of Dismissal with Prejudice [ECF No. 23].

SO ORDERED on November 20, 2020.

                                           s/ Theresa L. Springmann
                                           JUDGE THERESA L. SPRINGMANN
                                           UNITED STATES DISTRICT COURT